DAVID T. MALOOF (DM 3350)
THOMAS M. EAGAN (TE 1713)
MALOOF BROWNE & EAGAN LLC
411 Theodore Fremd Ave., Suite 190
Rye, New York 10580
(914) 921-1200
*Attorneys for Plaintiff*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------x

| | |
|---|---|
| GREAT AMERICAN INSURANCE COMPANY OF NEW YORK and NOVARTIS PHARMACEUTICALS CORPORATION,<br><br>*Plaintiffs,*<br><br>- against -<br><br>TA OPERATING CORPORATION d/b/a TRAVELCENTERS OF AMERICA, NEW PRIME INC. d/b/a PRIME INC., and TA OPERATING LLC,<br><br>*Defendants.* | 06 Civ. 13230 (WHP)<br><br>**PLAINTIFFS' NOTICE OF MOTION *IN LIMINE* TO PRECLUDE TESTIMONY OF PROPOSED EXPERT NEIL ZOLTOWSKI ON BEHALF OF TA DEFENDANTS** |

---------------------------------x

PLEASE TAKE NOTICE THAT, upon the annexed Declaration of Thomas M. Eagan, Esq. dated September 10, 2008, and upon all prior proceedings had herein, Plaintiffs Great American Insurance Company of New York and Novartis Pharmaceuticals Corporation, through undersigned counsel, will move this Court pursuant to the Federal Rules of Evidence before the Honorable William H. Pauley III, United States District Judge, in the United States Courthouse, 500 Pearl Street, New York, New York 10013, for an Order to preclude testimony of proposed expert Neil J. Zoltowski on behalf of the TA Defendants, and for such other relief as the Court deems proper and just.

Dated: Rye, New York  
       September 10, 2008

MALOOF BROWNE & EAGAN LLC

By _[signature]_
David T. Maloof (DM 3350)
Thomas M. Eagan (TE 1713)
411 Theodore Fremd Avenue, Suite 190
Rye, New York 10581-1411
Tel: (914) 921-1200
Fax: (914) 921-1023
E-mail: dmaloof@maloofandbrowne.com
teagan@maloofandbrowne.com

*Attorneys for Plaintiffs Great American Insurance Company of New York and Novartis Pharmaceuticals Corporation.*

TO: All Counsel

F:\WP-DOCS\0701.83\ SJ Motion - Damages\091008 Notice of Motion (Zolt TA).doc