UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------x

GREAT AMERICAN INSURANCE COMPANY OF :
NEW YORK and NOVARTIS
PHARMACEUTICALS CORPORATION, :

06 Civ. 13230 (WHP)

        *Plaintiffs*, :

    - against - :

TA OPERATING CORPORATION d/b/a : **ORDER**
TRAVELCENTERS OF AMERICA, NEW PRIME
INC. d/b/a PRIME INC., and TA OPERATING LLC, :

        *Defendants*. :
---------------------------------x

The Pretrial Order is amended at paragraph viii, pages 20 – 21, to delete the following witnesses who will not testify at the trial:

- Director of Research (or other knowledgeable person) at the National Institute of Justice;

- Director of Research (or other knowledgeable person) at the National Parking Association;

- Mary Smith, the author of *Crime Prevention Through Environmental Design*;

- Michael Arata, author of *Perimeter Security*;

- Representative of the American Society for Industrial Security;

- Andrew Tessane, alleged victim of crime;

- James Holotorth, alleged victim of crime.

Dated: New York, New York
      November 10, 2008

SO ORDERED:

                              U.S.D.J.